UNITED STATES of America, Plaintiff–Appellant,

v.

Ahmed RESSAM, Defendant–Appellee.

No. 09–30000.

United States Court of Appeals, Ninth Circuit.

Aug. 2, 2011.

Mark Nelson Bartlett, Helen J. Brunner, Esquire, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellant.

Thomas W. Hillier, II, FPDWA – Federal Public Defender's Office, Seattle, WA, for Defendant–Appellee.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.